UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD M. COIA, ET AL.

v. C.A. No. 05-295S

MARR SCAFFOLDING CO.

**SHOW CAUSE ORDER**

On or before **November 22, 2005**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 11/9/05